

Lillian Voigt <voigtlillian@gmail.com>
To: Laurie Overby <lloverby@aol.com>

Thu, Sep 29, 2016 at 2:10 PM







HI Robyn,
I would like to discuss my legs with you and Marie. They are completely discolored. I will attach more photos. It has been 5 weeks today since the procedure. I am appalled at your lack of concern. You have not answered my emails about which lights you have, what the company has said about scaring or what I should be doing to help the healing process. obviously, my legs were severally burned. I would have expected you to take some responsibility for it and to have helped me. They were incredibly painful for 4 weeks.  I would like to be reimbursed for the procedure and for all of the expenses I have incurred taking care of my legs this far and the ones going forward . I am happy to come in or speak to you or on the phone if you are not comfortable emailing.

Bandages 4 wraps a day  ($7 X 4 ) $28/per day
LED light therapy $75 / 3 times a week .. $225 X 5 weeks =
3 prescriptions of bactroban 3 X $10 = $30
Collagen gel , 2 bottle @ $130 each = 260
Scar cream $80
Scar strips $75 for 3 weeks
aqua four and neosporine ?