# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, | Case No.: 3: 20-cv-0568-JCH |
| Plaintiff, | CIVIL ACTION |
| v. | |
| VERSAILLES MEDICAL SPA, LLC, MARIE SAADE, DENNIS A. BOUBOULIS, and ROBIN NYE, | JANUARY 11, 2023 |
| Defendants. | |

## **JOINT STATUS REPORT**

The Courts November 21, 2022 Order required this Joint Status Report by January 11, 2023.

The parties have reached a resolution of the case. The final details of that resolution are being worked out. The parties request 30 (thirty) days to file a Joint Stipulation of Dismissal.

            PLAINTIFF, ADMIRAL INSURANCE COMPANY

BY:   */s/ Paul G. Roche, ct 27130*
        Paul G. Roche, ct 27130
        Litchfield Cavo LLP
        82 Hopmeadow Street, Suite 210
        Simsbury, CT 06089
        Telephone: (860) 413-2713
        Facsimile: (860) 413-2801
        E-mail: roche@litchfieldcavo.com
        Attorney for Admiral Insurance Company

2

                DEFENDANTS, MARIE SAADE,
                VERSAILLES MEDICLA SPA, LLC, AND
                ROBIN NYE

BY:    <u>_/s/ *James Borden Rosenblum ct10853*</u>
          James Borden Rosenblum, Esq. ct10853
          Diana M. Carlino, Esq. ct30189
          Rosenblum Newfield, LLC
          One Landmark Sq., 5th Floor
          Stamford, CT  06901
          jbr@jbresq.com
          dcarlino@rosenblumnewfield.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 11, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ 27130*  
                                          Paul G. Roche