### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, | Case No.: 3:20-cv-0568-JCH |
| Plaintiff, | CIVIL ACTION |
| v. | |
| VERSAILLES MEDICAL SPA, LLC, MARIE SAADE, and ROBIN NYE, | |
| | JANUARY 30, 2023 |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, ADMIRAL INSURANCE COMPANY and the appearing Defendants, VERSAILLES MEDICAL SPA LLC, MARIE SAADE AND ROBIN NYE, by and through their attorneys, hereby respectfully move this Court for an Order dismissing all pending claims and counterclaims in this cause of action, with Prejudice, as the parties have reached a settlement agreement.

**THE PLAINTIFF, ADMIRAL INSURANCE COMPANY**

Respectfully submitted,

BY: */s/ Paul G. Roche, ct 27130*
Paul G. Roche, ct 27130
Litchfield Cavo LLP
82 Hopmeadow Street,| Suite 210
Simsbury, CT 06089
Telephone: (860) 413-2713
Facsimile: (860) 413-2801
E-mail: roche@litchfieldcavo.com

**DEFENDANTS, VERSAILLE MEDICAL SPA, LLC and MARIE SAADE AND ROBIN NYE**

BY: */s/ James B. Rosenblum, ct 10853*
James B. Rosenblum (CT-10853)
Diana M. Carlino (CT-30189)
Rosenblum Newfield, LLC
One Landmark Square, 5th Flr.
Stamford, CT 06901
Telephone (203)358-9200
Facsimile (203)358-0687
jbr@jbresq.com
dcarlino@rosenblumnewfield.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 30, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

*/s/ ct 27130*
Paul G. Roche